Form B6D
(10/05)

In re  Kevin A Avard,  
      Naomi K Avard

Case No. __06-10899__

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GMAC<br>PO Box 830069<br>Baltimore, MD 21283-0069 | | H | 2002 GMC Savannah<br><br><br>Value $    14,700.00 | | | | 8,986.48 | 0.00 |
| Account No.<br><br>NovaStar<br>PO Box 808911<br>Kansas City, MO 64184 | | W | First Mortgage<br><br>100 Beech Street, Franklin, NH<br><br>Value $    180,000.00 | | | | 141,820.00 | 0.00 |
| Account No.<br><br>NovaStar<br>PO Box 808911<br>Kansas City, MO 64184 | | J | Second Mortgage<br><br>100 Beech Street, Franklin, NH<br><br>Value $    180,000.00 | | | | 35,857.05 | 0.00 |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal<br>(Total of this page) | 186,663.53 | |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 186,663.53 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6C
(10/05)

In re  Kevin A Avard,  
      Naomi K Avard

Case No. __06-10899__

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Auto Scrubber-200.00, Buffer-50.00, Vacuum-100.00, Mops, Brooms & Duster-50.00 | N.H. Rev. Stat. Ann. § 511:2(IX) | 400.00 | 400.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Case 06-10899-MWV Doc #: 11-1 Filed: 09/12/06 Desc: Schedule C - Page 2 of 7

Best Case Bankruptcy

Form B6C
(10/05)

In re    Kevin A Avard,                                                                 Case No.  __06-10899__
         Naomi K Avard

                                                           Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 100 Beech Street, Franklin, NH | N.H. Rev. Stat. Ann. § 480:1 | 2,322.95 | 180,000.00 |
| Timeshare | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 3,266.00 | 9,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| personal checking | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 100.00 | 100.00 |
| Frankin Savings Bank-business checking, personal, checking(2) | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| ordinary | N.H. Rev. Stat. Ann. § 511:2(III) | 2,500.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books, cd's | N.H. Rev. Stat. Ann. § 511:2(VIII) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| ordinary | N.H. Rev. Stat. Ann. § 511:2(I) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| ordinary | N.H. Rev. Stat. Ann. § 511:2(XVII) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| cameras | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Ross Express Inc. 401-k-Naomi | N.H. Rev. Stat. Ann. §511:2(XIX) | 16,165.64 | 16,165.64 |
| American Funds IRA-Kevin | N.H. Rev. Stat. Ann. §511:2(XIX) | 4,619.11 | 4,619.11 |
| **Stock and Interests in Businesses** | | | |
| T.Rowe Price -Kevin | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 414.01 | 414.01 |
| **Accounts Receivable** | | | |
| business accounts recievable | N.H. Rev. Stat. Ann. § 511:2(XVIII) | 3,270.00 | 3,270.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1995 Mazda Protege | N.H. Rev. Stat. Ann. § 511:2(XVI) | 4,000.00 | 500.00 |
| Utility Trailer | N.H. Rev. Stat. Ann. § 511:2(IX) | 300.00 | 300.00 |
| 2002 GMC Savannah | N.H. Rev. Stat. Ann. § 511:2(XVI)<br>N.H. Rev. Stat. Ann. § 511:2(IX) | 4,000.00<br>1,713.52 | 14,700.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| computer, printer, fax | N.H. Rev. Stat. Ann. § 511:2(IX) | 1,000.00 | 1,000.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  Kevin A Avard,  
       Naomi K Avard  
                    Debtors

Case No. 06-10899

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Mazda Protege | W | 500.00 |
| | | Utility Trailer | H | 300.00 |
| | | 2002 GMC Savannah | H | 14,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | computer, printer, fax | H | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Auto Scrubber-200.00, Buffer-50.00, Vacuum-100.00, Mops, Brooms & Duster-50.00 | H | 400.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 16,900.00 |
| Total > | 47,968.76 |

Sheet 2 of 2 continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re  **Kevin A Avard,**　　　　　　　　　　　　　　　　　　　Case No. __06-10899__
　　　　**Naomi K Avard**
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Ross Express Inc. 401-k-Naomi | W | 16,165.64 |
| | | American Funds IRA-Kevin | H | 4,619.11 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | T.Rowe Price -Kevin | H | 414.01 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | business accounts recievable | H | 3,270.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　24,468.76
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　Best Case Bankruptcy

In re Kevin A Avard, Case No. 06-10899
Naomi K Avard
Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | personal checking | J | 100.00 |
| | | Frankin Savings Bank-business checking, personal, checking(2) | J | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ordinary | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, cd's | J | 1,000.00 |
| 6. Wearing apparel. | | ordinary | J | 500.00 |
| 7. Furs and jewelry. | | ordinary | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | cameras | W | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > 6,600.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
In re: Kevin and Naomi Avard              *    BK# 06-10899-mwv
                                          *    Chapter 7
                                          *
                 Debtor(s)                *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## AMENDMENT TO SCHEDULES

Now comes, Kevin and Naomi Avard to amend schedules-B, schedule-C, schedule-D and the Statement of Intention. The amendments are attached hereto.

Dated: September 12, 2006       By:     /s/ Timothy P. Smith
                                        Timothy P. Smith, Esq.
                                        67 Middle Street
                                        Manchester, NH 03101
                                        603-623-0036
                                        Attorney for the Debtor
                                        BNH01446

Dated: September 12, 2006       _____
                                Kevin A. Avard, Debtor

Dated: September 12, 2006       _____
                                Naomi K. Avard, Debtor